WHITHAM, Appellant, vs. HURD, Respondent.

*February 11 — March 5, 1895.*

*Whitham v. Mappes, ante, p. 668, followed.*

APPEAL from a judgment of the circuit court for La Fayette county: GEO. CLEMENTSON, Circuit Judge. *Reversed.*

*W. H. Beebe*, for the appellant.

For the respondent there was a brief by *Wilson & Martin*, and oral argument by *H. C. Martin*.

CASSODAY, J.   The facts in this case are substantially the same as in *Whitham v. Mappes, ante*, p. 668.   For the reasons given in the opinion filed in that case, the judgment of the circuit court is reversed, and the cause is remanded for further proceedings according to law.